**Jesús Miguel Palomares**, OSB No. 114874
jesus.palomares@millernash.com
MILLER NASH LLP
605 5th Ave S, Suite 900
Seattle, WA 98104
Phone: 206.777.7532 | Fax: 206.340.9599

**G. Paul Wallace**, OSB No. 224240
paul.wallace@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Telephone:  503.224.5858 | Fax:  503.224.0155

*Attorneys for Defendant Capital One Bank, N.A.*

## IN THE UNITED STATES DISTRICT COURT

## OF THE STATE OF OREGON

## DIVISION OF EUGENE

| | |
|---|---|
| DONGGYU YI,<br><br>            Plaintiff,<br><br>   v.<br><br>CAPITAL ONE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>            Defendants. | Case No. 6:26-cv-00756-MTK<br><br>NOTICE OF APPEARANCE |

TO:        THE CLERK OF THE COURT;

AND TO:    ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Jesús Miguel Palomares of Miller Nash LLP, hereby

appears in the above-entitled action on behalf of defendant Capital One Bank, N.A. and requests

that service of all papers and pleadings herein, except original process, be made upon the

undersigned attorney for said parties, at the office stated below.

Page 1 -  NOTICE OF APPEARANCE

4923-1236-8562.1

Dated: June 3, 2026                    MILLER NASH LLP


_/s/ Jesús Miguel Palomares_
Jesús Miguel Palomares, OSB No. 114874
jesus.palomares@millernash.com

Attorneys for Defendant
Capital One Bank, N.A.

Page 2 -    NOTICE OF APPEARANCE

4923-1236-8562.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2026, a copy of the foregoing document was filed with the Clerk's Office using CM/ECF which triggered service on all counsel of record via a Notice of Electronic Filing. Additionally, the foregoing was served upon the parties in the above cause as follows:

David McGlothlin, OSB No. 165634
Mark J. Green, *Pro Hac Vice*
Ryan Lee McBride, *Pro Hac Vice*
KAZEROUNI LAW GROUP, APC
3240 E. Union Hills Drive Suite 105
Phoenix, AZ 85050
Email:david@kazlg.com
      mark@kazlg.com
      ryan@kazlg.com

    ☒   via ECF
    ☒   via E-mail
    ☒   via First Class Mail
    ☐   via Hand Delivery

*Attorneys for Plaintiff Donggyu Yi*

Thomas N. Abbott, OSB No. 193043
TROUTMAN PEPPER LOCKE LLP
100 SW Main Street Suite 1000
Portland, OR 97204
Email: thomas.abbott@troutman.com

    ☒   via ECF
    ☒   via E-mail
    ☒   via First Class Mail
    ☐   via Hand Delivery

*Attorneys for Defendant Experian Information Solutions, Inc*

Andrew R. Escobar, OSB No. 106671
SEYFARTH SHAW LLP
999 Third Avenue Suite 4700
Seattle, WA 98104
Email: aescobar@seyfarth.com

    ☒   via ECF
    ☒   via E-mail
    ☒   via First Class Mail
    ☐   via Hand Delivery

*Attorneys for Defendant Equifax Information Services, LLC*

Nicholas J. Henderson, OSB No. 074027
ELEVATE LAW GROUP
6000 SW Meadows Road Ste 450
Lake Oswego, OR 97035
Email:nick@elevatelawpdx.com

    ☒   via ECF
    ☒   via E-mail
    ☒   via First Class Mail
    ☐   via Hand Delivery

and

Kyle Robert Lindskog, Pro Hac Vice
QUILLING SELANDER LOWNDS
WINSLETT & MOSER PC
10333 N. Meridian Street Ste 200
Indianapolis, IN 46290
Email: kyle.lindskog@qslwm.com

*Attorneys for Defendant Trans Union, LLC*

Under the laws of the state of Washington and Oregon, the undersigned hereby declares, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

EXECUTED at Vancover, Washington, this 3rd day of June, 2026.

*/s/Edgar Rosales*
Edgar Rosales, Paralegal

Page 2 – CERTIFICATE OF SERVICE
4923-1236-8562.1