**Jesús Miguel Palomares**, OSB No. 114874
jesus.palomares@millernash.com
MILLER NASH LLP
605 5th Ave S, Suite 900
Seattle, WA 98104
Phone: 206.777.7532 | Fax: 206.340.9599

**G. Paul Wallace**, OSB No. 224240
paul.wallace@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Telephone:  503.224.5858 | Fax:  503.224.0155

*Attorneys for Defendant Capital One Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT

OF THE STATE OF OREGON

DIVISION OF EUGENE

| | |
|---|---|
| DONGGYU YI,<br><br>        Plaintiff,<br><br>  v.<br><br>CAPITAL ONE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>        Defendants. | Case No. 6:26-cv-00756-MTK<br><br>NOTICE OF APPEARANCE |

TO:       THE CLERK OF THE COURT;

AND TO:    ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that G. Paul Wallace of Miller Nash LLP, hereby appears in the above-entitled action on behalf of defendant Capital One Bank, N.A. and requests that service of all papers and pleadings herein, except original process, be made upon the undersigned attorney for said parties, at the office stated below.

Page 1 -    NOTICE OF APPEARANCE

4938-7422-2514.1

Dated: June 3, 2026                    MILLER NASH LLP


                                       */s/ G. Paul Wallace*
                                       G. Paul Wallace, OSB No. 224240
                                       Paul.wallace@millernash.com

                                       Attorneys for Defendant
                                       Capital One Bank, N.A.

Page 2 -    NOTICE OF APPEARANCE

4938-7422-2514.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd day of June, 2026, a copy of the foregoing document was filed with the Clerk's Office using CM/ECF which triggered service on all counsel of record via a Notice of Electronic Filing. Additionally, the foregoing was served upon the parties in the above cause as follows:

David McGlothlin, OSB No. 165634                ☒    via ECF
Mark J. Green, *Pro Hac Vice*                    ☒    via E-mail
Ryan Lee McBride, *Pro Hac Vice*                 ☒    via First Class Mail
KAZEROUNI LAW GROUP, APC                          ☐    via Hand Delivery
3240 E. Union Hills Drive Suite 105
Phoenix, AZ 85050
Email:david@kazlg.com
        mark@kazlg.com
        ryan@kazlg.com

*Attorneys for Plaintiff Donggyu Yi*

Thomas N. Abbott, OSB No. 193043                 ☒    via ECF
TROUTMAN PEPPER LOCKE LLP                         ☒    via E-mail
100 SW Main Street Suite 1000                    ☒    via First Class Mail
Portland, OR 97204                               ☐    via Hand Delivery
Email: thomas.abbott@troutman.com

*Attorneys for Defendant Experian
Information Solutions, Inc*

Andrew R. Escobar, OSB No. 106671                ☒    via ECF
SEYFARTH SHAW LLP                                ☒    via E-mail
999 Third Avenue Suite 4700                      ☒    via First Class Mail
Seattle, WA 98104                                ☐    via Hand Delivery
Email: aescobar@seyfarth.com

*Attorneys for Defendant Equifax Information
Services, LLC*

Nicholas J. Henderson, OSB No. 074027            ☒    via ECF
ELEVATE LAW GROUP                                ☒    via E-mail
6000 SW Meadows Road Ste 450                     ☒    via First Class Mail
Lake Oswego, OR 97035                            ☐    via Hand Delivery
Email:nick@elevatelawpdx.com

and

Page 1 – CERTIFICATE OF SERVICE
4938-7422-2514.1

Kyle Robert Lindskog, Pro Hac Vice
QUILLING SELANDER LOWNDS
WINSLETT & MOSER PC
10333 N. Meridian Street Ste 200
Indianapolis, IN 46290
Email: kyle.lindskog@qslwm.com

*Attorneys for Defendant Trans Union, LLC*

Under the laws of the state of Washington and Oregon, the undersigned hereby declares, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

EXECUTED at Vancouver, Washington, this 3rd day of June, 2026.

*/s/Edgar Rosales*
Edgar Rosales, Paralegal

Page 2 – CERTIFICATE OF SERVICE
4938-7422-2514.1