**Jesús Miguel Palomares**, OSB No. 114874
jesus.palomares@millernash.com
**G. Paul Wallace**, OSB No. 224240
paul.wallace@millernash.com
MILLER NASH LLP
605 5th Ave S, Suite 900
Seattle, WA 98104
Phone: 206.777.7532 | Fax: 206.340.9599

*Attorneys for Defendant Capital One, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DONGGYU YI, | Case No. 6:26-cv-00756-MTK |
| Plaintiff, | |
| v. | DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT |
| CAPITAL ONE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, | |
| Defendants. | |

Defendant Capital One, N.A., erroneously sued as "Capital One Bank, N.A.,"

(hereinafter, "Capital One"), by and through its undersigned counsel, answers the Complaint

("Complaint") filed by Plaintiff Donggyu Yi ("Plaintiff") as follows:

///

Page 1 -   DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO
            PLAINTIFF'S COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

Except as expressly admitted or qualified below, Capital One denies each and every allegation in the Complaint.

## INTRODUCTION

1.    Answering paragraph 1, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that Congress and the federal Fair Credit Reporting Act ("FCRA"), codified at 15 U.S.C. §§ 1681.1 *et. seq*., speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  With respect to any remaining allegations, Capital One does not have knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

2.    Answering paragraph 2, Capital One admits that Plaintiff has filed the Complaint against Capital One and the three major credit reporting agencies, Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian") and Trans Union LLC (Trans Union) regarding an alleged failure to comply with legal obligations.  Capital One responds that paragraph 1 states conclusions of law to which no response is required.  To the extent a response is required, Capital One denies each and every allegation contained therein.

3.    Answering paragraph 3, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

4.    Answering paragraph 3, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

5.    Answering paragraph 5, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its

Page 2 -    DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

investigation is ongoing and some of the allegations concern other defendants, and on that basis denies each and every allegation contained therein.

6.        Answering paragraph 6 as to the co-defendants, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing and the allegations concern the other defendants, and on that basis denies each and every allegation contained therein.  As to Capital One, Capital One denies each and every allegation contained therein.

7.        Answering paragraph 7, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

### JURISDICTION & VENUE

8.        Answering paragraph 8, Capital One admits that Plaintiff's Complaint arises out of alleged violations of the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et. seq.*; and the Oregon Fair Debt Collection Practices Act, O.R.S. § 646.639, ("Oregon FDCPA"). With respect to any remaining allegations, including those as to the other defendants, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

9.        Answering paragraph 9, Capital One admits that Plaintiff alleges that the Court has federal question subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 because Plaintiff alleges violations of the FCRA.  Capital One further responds that paragraph 9 states conclusions of law to which no response is required.  To the extent a response is required, Capital One admits that, for purposes of this action only, Capital One does not dispute that jurisdiction in this Court is proper.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

10.     Answering paragraph 10, Capital One admits that Plaintiff alleges that this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 since the claims arise from the same state or controversy.  Capital One further responds that paragraph 10 states conclusions of law to which no response is required.  To the extent a response is required, Capital One admits that, for purposes of this action only, Capital One does not dispute that supplemental jurisdiction is proper.

11.     Answering paragraph 11, Capital One admits that it does business within the State of Oregon.  Capital One further admits that Plaintiff alleges that this Court has personal jurisdiction over Capital One, and the other defendants.  Capital One further responds that paragraph 11 states conclusions of law to which no response is required.  To the extent a response is required, Capital One admits that, for purposes of this action only, Capital One does not dispute that the Court has personal jurisdiction over Capital One.  With respect to any remaining allegations, including those as to the other defendants, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

12.     Answering paragraph 12, Capital One admits that Plaintiff alleges that personal jurisdiction and venue are proper in this District of Oregon pursuant to 28 U.S.C. § 1391.  Capital One further responds that paragraph 12 states conclusions of law to which no response is required.  To the extent a response is required, Capital One admits that, for purposes of this action only, Capital One does not dispute that personal jurisdiction and venue are proper in this District as to Capital One.  With respect to any remaining allegations, including those as to the other defendants, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

13.    Answering paragraph 13, including subparagraphs a through d, Capital One admits that Plaintiff alleges that venue is proper in this District of Oregon pursuant to 28 U.S.C. § 1391.  Capital One further responds that paragraph 13 states conclusions of law to which no response is required.  To the extent a response is required, Capital One admits that, for purposes of this action only, Capital One does not dispute that venue is proper in this District as to Capital One.  With respect to any remaining allegations, including those as to the other defendants, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

**PARTIES**

14.    Answering paragraph 14, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

15.    Answering paragraph 15, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  With respect to any remaining allegations, Capital One does not have knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.    Answering paragraph 16, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  Further, Capital One responds that it is a federally chartered national banking association that does business throughout the United States, with its principal place of business in Virginia.  With respect to any remaining allegations, Capital One does not

Page 5 -    DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

have knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17. Answering paragraph 17, Capital One responds that it states conclusions of law to which no response is required. To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint. Further, Capital One responds that it furnishes limited information to Equifax, Experian and Trans Union. With respect to any remaining allegations, Capital One does not have knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18. Answering paragraph 18, Capital One responds that it states conclusions of law to which no response is required. To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint. Further, Capital One responds that it is a financial services institution that utilizes the U.S. mail, e-mail and telephones to communicate with its customers about their credit card accounts with Capital One. With respect to any remaining allegations, Capital One does not have knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19. Answering paragraph 19, Capital One responds that it states conclusions of law to which no response is required. To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint. With respect to any remaining allegations, Capital One does not have knowledge or information sufficient to form a belief as to the truth of the allegations, as

Page 6 -     DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO
                  PLAINTIFF'S COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

they involve a co-defendant only, and on that basis, denies, generally and specifically, each and every allegation contained therein.

20.    Answering paragraph 20, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  With respect to any remaining allegations, Capital One does not have knowledge or information sufficient to form a belief as to the truth of the allegations, as they involve a co-defendant only, and on that basis, denies, generally and specifically, each and every allegation contained therein.

21.    Answering paragraph 21, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  With respect to any remaining allegations, Capital One does not have knowledge or information sufficient to form a belief as to the truth of the allegations, as they involve a co-defendant only, and on that basis, denies, generally and specifically, each and every allegation contained therein.

22.    Answering paragraph 22, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  With respect to any remaining allegations, Capital One does not have knowledge or information sufficient to form a belief as to the truth of the allegations, as they involve a co-defendant only, and on that basis, denies, generally and specifically, each and every allegation contained therein.

23.    Answering paragraph 23, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint. With respect to any remaining allegations, Capital One does not have knowledge or information sufficient to form a belief as to the truth of the allegations, as they involve a co-defendant only, and on that basis, denies, generally and specifically, each and every allegation contained therein.

24.     Answering paragraph 24, Capital One responds that it states conclusions of law to which no response is required. To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint. With respect to any remaining allegations, Capital One does not have knowledge or information sufficient to form a belief as to the truth of the allegations, as they involve a co-defendant only, and on that basis, denies, generally and specifically, each and every allegation contained therein.

## FACTUAL ALLEGATIONS

25.     Answering paragraph 25, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

26.     Answering paragraph 26, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

27.     Answering paragraph 27, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

28.      Answering paragraph 28, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

29.    Answering paragraph 29, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

30.    Answering paragraph 30, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

31.    Answering paragraph 31, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

32.    Answering paragraph 32, Capital One responds that on or about June 25, 2024, Capital One received a credit card application in the name of Plaintiff, with a date of birth, social security number and various contact information, including a mailing address, email address and telephone number.  Capital One approved the application and opened a credit card account in the name of Donggyu Yi, with an account number ending in -6411 (the "Account").  In June 2025, the Account charged-off with a balance due and owing, and Capital One furnished data to the CRAs indicating the same.  With respect to the remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

33.    Answering paragraph 33, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

34.    Answering paragraph 34, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

35.    Answering paragraph 35, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

36.    Answering paragraph 36, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

37.    Answering paragraph 37, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

38.    Answering paragraph 38, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

39.    Answering paragraph 39, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

40.    Answering paragraph 40, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

41.    Answering paragraph 41, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

42.    Answering paragraph 42, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

43.    Answering paragraph 43, Capital One is currently without sufficient knowledge

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

44.    Answering paragraph 44, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

45.    Answering paragraph 45, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

46.    Answering paragraph 46, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

47.    Answering paragraph 47, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

48.    Answering paragraph 48, Capital One responds that the referenced letter speaks for itself and Capital One denies any inconsistent characterizations of the letter within the Complaint. Capital One admits that it received a letter from Plaintiff, dated November 17, 2025, requesting an investigation of the Account on the grounds that it was allegedly opened fraudulently.  With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

49.    Answering paragraph 49, Capital One responds that the referenced letter speaks for itself and Capital One denies any inconsistent characterizations of the letter, as well as the documents referenced in the letter, within the Complaint. Capital One admits that it received a

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

letter from Plaintiff, dated November 17, 2025, requesting an investigation of the Account on the grounds that it was allegedly opened fraudulently.  With that letter, Capital One received additional documents, including a purported Federal Trade Commission Identity Theft Report, an Identity Theft Victim's Complaint and Affidavit, a document entitled "View Travel History," a document entitled "Certificate of Entry & Departure," but otherwise mostly in a foreign language, a billing statement from Pacific Power, and more.  With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

50.    Answering paragraph 50, Capital One responds that the referenced letter speaks for itself and Capital One denies any inconsistent characterizations of the letter within the Complaint.  Capital One admits that it received a letter from Plaintiff, dated November 17, 2025, requesting an investigation of the Account on the grounds that it was allegedly opened fraudulently.  With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

51.    Answering paragraph 51, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

52.    Answering paragraph 52, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

///

///

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

53.    Answering paragraph 53, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

54.    Answering paragraph 54, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis denies, each and every allegation contained therein.

55.    Answering paragraph 55, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis denies, each and every allegation contained therein.

56.    Answering paragraph 56, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

57.    Answering paragraph 57, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

58.    Answering paragraph 58, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

59.    Answering paragraph 59, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing and the allegations concern Plaintiff, and on that basis, denies each and every allegation contained therein.

///

///

///

Page 13 -    DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

60.     Answering paragraph 60, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing and the allegations concern Plaintiff, and on that basis, denies each and every allegation contained therein.

61.     Answering paragraph 61, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

62.     Answering paragraph 62, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing and the allegations concern Plaintiff, and on that basis, denies each and every allegation contained therein.

63.     Answering paragraph 63, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

64.      Answering paragraph 64, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

65.     Answering paragraph 65, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing and the allegations concern a co-defendant, and on that basis, denies each and every allegation contained therein.

66.     Answering paragraph 66, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing and the allegations concern a co-defendant, and on that basis, denies each and every allegation contained therein.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

67.    Answering paragraph 67, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing and the allegations concern a co-defendant, and on that basis, denies each and every allegation contained therein.

68.    Answering paragraph 68, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  Further, Capital One admits that it received notice of Plaintiff's dispute in March 2026.  With respect to any remaining allegations, Capital One does not have knowledge or information sufficient to form a belief as to the truth of the allegations, as they involve a co-defendant only, and on that basis, denies, generally and specifically, each and every allegation contained therein.

69.    Answering paragraph 69, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing and it concerns another defendant, and on that basis, denies each and every allegation contained therein.

70.    Answering paragraph 70, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing and it concerns another defendant, and on that basis, denies each and every allegation contained therein.

71.    Answering paragraph 71, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing and it concerns another defendant, and on that basis, denies each and every allegation contained therein.

///

Page 15 -    DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

72.    Answering paragraph 72, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

73.    Answering paragraph 73, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

74.    Answering paragraph 74, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

75.    Answering paragraph 75, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  Further, Capital One denies, generally and specifically, each and every allegation contained therein.

76.    Answering paragraph 76, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  With respect to any remaining allegations, Capital One does not have knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denies, generally and specifically, each and every allegation contained therein.

77.    Answering paragraph 77, Capital One denies, generally and specifically, each and every allegation contained therein.

78.    Answering paragraph 78, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

statute within the Complaint.  Further, Capital One denies, generally and specifically, each and every allegation contained therein.

79.    Answering paragraph 79, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  Further, Capital One denies, generally and specifically, each and every allegation contained therein.

## DAMAGES

80.    Answering paragraph 80, as to Capital One, Capital One denies, generally and specifically, each and every allegation contained herein.  With respect to the remaining allegations regarding the other defendants, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, denies each and every allegation contained therein.

81.    Answering paragraph 81, as to Capital One, Capital One denies, generally and specifically, each and every allegation contained herein.  With respect to the remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, denies each and every allegation contained therein.

82.    Answering paragraph 82, as to Capital One, Capital One denies, generally and specifically, each and every allegation contained herein.  With respect to the remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, denies each and every allegation contained therein.

83.    Answering paragraph 83, as to Capital One, Capital One denies, generally and specifically, each and every allegation contained herein.  With respect to the remaining

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, denies each and every allegation contained therein.

84.     Answering paragraph 84, as to Capital One, Capital One denies, generally and specifically, each and every allegation contained herein.  With respect to the remaining allegations regarding the other defendants, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, denies each and every allegation contained therein.

85.     Answering paragraph 85, as to Capital One, Capital One denies, generally and specifically, each and every allegation contained herein.  With respect to the remaining allegations regarding the other defendants, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, denies each and every allegation contained therein.

86.     Answering paragraph 86, as to Capital One, Capital One denies, generally and specifically, each and every allegation contained herein.  With respect to the remaining allegations regarding the other defendants, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, denies each and every allegation contained therein.

87.     Answering paragraph 87, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as they concern another defendant, and on that basis, denies each and every allegation contained therein.

///

///

///

Page 18 -    DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

88.    Answering paragraph 88, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as they concern another defendant, and on that basis, denies each and every allegation contained therein.

89.    Answering paragraph 89, as to Capital One, Capital One denies, generally and specifically, each and every allegation contained herein.  With respect to the remaining allegations regarding the other defendants, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, denies each and every allegation contained therein.

90.    Answering paragraph 90, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, denies each and every allegation contained therein.

## FIRST CAUSE OF ACTION

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

### 15 U.S.C. § 1681 *et. seq.*

### (Against All Defendants)

91.    Answering paragraph 91, Capital One incorporates by reference its responses to the foregoing paragraphs of the Complaint.

92.    Answering paragraph 92, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  With respect to any remaining allegations as to Capital One, Capital One denies, generally and specifically, each and every allegation contained therein.  With respect to the remaining allegations, Capital One is currently without sufficient knowledge or

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

93.　　Answering paragraph 93, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  With respect to any remaining allegations as to Capital One, Capital One denies, generally and specifically, each and every allegation contained therein.  With respect to the remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

94.　　Answering paragraph 94, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  With respect to any remaining allegations as to Capital One, Capital One denies, generally and specifically, each and every allegation contained therein.  With respect to the remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as its investigation is ongoing, and on that basis, denies each and every allegation contained therein.

## SECOND CAUSE OF ACTION

## VIOLATIONS OF THE UNFAIR DEBT COLLECTION PRACTICES ACT

## O.R.S. § 646.639. et. seq.

### (Against Defendant Capital One)

95.　　Answering paragraph 99, Capital One incorporates by reference its responses to the foregoing paragraphs of the Complaint.

Page 20 -　　DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

96.     Answering paragraph 96, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  With respect to any remaining allegations, Capital One denies each and every allegation contained therein.

97.     Answering paragraph 97, Capital One responds that it states conclusions of law to which no response is required.  To the extent a response is required, Capital One responds that the cited statute speaks for itself and Capital One denies any inconsistent characterizations of the statute within the Complaint.  With respect to any remaining allegations, Capital One denies each and every allegation contained therein.

## PRAYER FOR RELIEF

98.     Answering paragraph, Capital One denies that Plaintiff is entitled to any of the relief sought against Capital One.

## DEMAND FOR JURY TRIAL

99.     Answering paragraph 99, Capital One admits that Plaintiff has requested a trial by jury.

## DEFENSES AND AFFIRMATIVE DEFENSES

NOW WHEREFORE, having answered the Complaint, Capital One asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

1.     Plaintiff has failed, in whole or in part, to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

2.     Plaintiff failed to mitigate his damages, if any.

///

Page 21 -     DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

## THIRD AFFIRMATIVE DEFENSE

3. Plaintiff's damages, if any, were caused by the actions and/or inaction of third parties and/or intervening causes over which Capital One has no control.

## FOURTH AFFIRMATIVE DEFENSE

4. Damages or injuries, if any, suffered by Plaintiff are attributable to Plaintiff's own conduct, deeds, acts, words and omissions, and not to any conduct, deeds, acts, words or omissions of Capital One.

## FIFTH AFFIRMATIVE DEFENSE

5. Capital One acted at all times in compliance with the FCRA and is entitled to each and every defense stated in the statutes and any and all limitations of liability.

## SIXTH AFFIRMATIVE DEFENSE

6. Capital One acted reasonably and in good faith at all material times based on all relevant facts and circumstances known by it at the time it so acted.

## SEVENTH AFFIRMATIVE DEFENSE

7. Plaintiff is estopped from recovering from Capital One.

## EIGHTH AFFIRMATIVE DEFENSE

8. To the extent that Plaintiff's Complaint seeks punitive damages, Capital One adopts by reference the defenses, criteria, limitations, standards, and constitutional protections mandated or provided by the United States Supreme Court in the following cases: *BMW v. Gore*, 517 U.S. 559, 116 S. Ct. 1589 (1996); *Cooper Indus., Inc. v. Leatherman Tool Grp., Inc.*, 532 U.S. 424, 121 S. Ct. 1678 (2001); *State Farm v. Campbell*, 538 U.S. 408, 123 S. Ct. 1513 (2003); *Phillip Morris USA v. Williams*, 549 U.S. 346, 127 S. Ct. 1057 (2007); *Exxon Shipping Co. v. Baker*, 554 U.S. 471, 128 S. Ct. 2605 (2008).

///

///

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

## NINTH AFFIRMATIVE DEFENSE

9.      To the extent that Plaintiff's Complaint seeks punitive damages, it is barred or limited by the provisions of 15 U.S.C. § 1681n.

## TENTH AFFIRMATIVE DEFENSE

10.      Capital One pleads and asserts all applicable constitutional, statutory, and common law limitations on punitive damages.

## ELEVENTH AFFIRMATIVE DEFENSE

11.      Plaintiff's claim that Capital One committed willful violations of the FCRA is barred by the principles articulated in *Safeco Ins. Co. v. Burr*, 551 U.S. 47, 127 S. Ct. 2201 (2007).

## TWELFTH AFFIRMATIVE DEFENSE

12.      As a result of this litigation, Capital One was required to retain the undersigned counsel, to whom it is obligated to pay a reasonable fee, for which Capital One is entitled to recovery pursuant to 15 U.S.C. §§ 1681n(c) and 1681o(b).

## THIRTEENTH AFFIRMATIVE DEFENSE

13.      Capital One acted in good faith and any violation by Capital One of the statutes alleged in the Complaint was not intentional and resulted (if at all) from a *bona fide* error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## FOURTEENTH AFFIRMATIVE DEFENSE

14.      Capital One is informed and believes, and on that basis alleges that it has complied with all applicable state and federal laws, statutes and regulations and, therefore, cannot be held liable for any alleged damages suffered by Plaintiff.

## FIFTEENTH AFFIRMATIVE DEFENSE

15.      Plaintiff is not entitled to attorneys' fees.

///

Page 23 -    DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

## SIXTEENTH AFFIRMATIVE DEFENSE

16.     Capital One alleges that the alleged actions of Capital One were not accompanied by actual malice, intent or ill will.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17.     Plaintiff lacks standing to assert the claims alleged in this action against Capital One because Plaintiff did not suffer a concrete injury.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18.     Plaintiff is barred from obtaining any recovery on the allegations in the Complaint by the doctrine of unclean hands.

## NINETEENTH AFFIRMATIVE DEFENSE

19.     Capital One alleges that at all times alleged in the Complaint, it maintained reasonable procedures in order to prevent any type of intentional violations of the FCRA.

## TWENTIETH AFFIRMATIVE DEFENSE

20.     Plaintiff's Complaint is barred by the relevant statutes of limitations.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

21.     Any credit inquiries made by Capital One, if at all, were made with a permissible purpose pursuant to the FCRA.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

22.     Capital One reserves the right to supplement its affirmative defenses as it continues with its factual investigation of Plaintiff's claims.

///

///

///

///

///

Page 24 -     DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

## PRAYER FOR RELIEF

**WHEREFORE**, Capital One respectfully request that this Court:

a.  Dismiss all of Plaintiff's claims against Capital One on the merits and with

prejudice;

b.  Award Capital One all costs, disbursements, and reasonable attorneys' fees

allowed by law; and

c.  Grant Capital One any other relief that the Court deems just and equitable.

Dated: June 10, 2026

MILLER NASH LLP

*/s/ Jesús Miguel Palomares*

Jesús Miguel Palomares, OSB No. 114874
jesus.palomares@millernash.com
G. Paul Wallace, OSB No. 224240
Paul.wallace@millernash.com
Phone: 206.777.7532 | Fax: 206.340.9599

Attorneys for Defendant
Capital One, N.A.

Page 25 -    DEFENDANT CAPITAL ONE, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of June, 2026, a copy of the foregoing document was filed with the Clerk's Office using CM/ECF which triggered service on all counsel of record via a Notice of Electronic Filing.

Under the laws of the state of Washington and Oregon, the undersigned hereby declares, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

EXECUTED at Vancouver, Washington, this 10th day of June 2026.


<u>/s/Edgar Rosales</u>
Edgar Rosales, Paralegal

Page 1 -    CERTIFICATE OF SERVICE

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 206.777.7532
605 5TH AVE S, SUITE 900
SEATTLE, WA 98104

4931-1070-2004.2