**Jesús Miguel Palomares**, OSB No. 114874
jesus.palomares@millernash.com
**G. Paul Wallace**, OSB No. 224240
paul.wallace@millernash.com
MILLER NASH LLP
605 5th Ave S, Suite 900
Seattle, WA 98104
Phone: 206.777.7532 | Fax: 206.340.9599

*Attorneys for Defendant Capital One, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DONGGYU YI,<br><br>                    Plaintiff,<br><br>        v.<br><br>CAPITAL ONE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>                    Defendants. | Case No. 6:26-cv-00756-MTK<br><br>DEFENDANT CAPITAL ONE, N.A.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1, defendant Capital One, N.A. ("Capital One"), hereby submits the following disclosure statement: Capital One has the following parent corporation and publicly held corporation that owns 10% or more of its stock: Capital One Financial Corporation.

[*Remainder of page intentionally left blank*]

Page 1 -  Capital One, N.A.'s Corporate Disclosure Statement

4922-1380-2674.2

Dated: June 10, 2026            MILLER NASH LLP


*/s/ Jesús Miguel Palomares*
Jesús Miguel Palomares, OSB No. 114874
jesus.palomares@millernash.com
G. Paul Wallace, OSB No. 224240
Paul.wallace@millernash.com
Phone: 206.777.7532 | Fax: 206.340.9599

Attorneys for Defendant
Capital One Bank, N.A.

Page 2 -  Capital One, N.A.'s Corporate Disclosure Statement

4922-1380-2674.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June, 2026, a copy of the foregoing document was filed with the Clerk's Office using CM/ECF which triggered service on all counsel of record via a Notice of Electronic Filing.

Under the laws of the states of Washington and Oregon, the undersigned hereby declares, under the penalty of perjury, that the foregoing statements is true and correct to the best of my knowledge.

EXECUTED at Vancouver, Washington, this 10th day of June, 2026.

*/s/Edgar Rosales*
Edgar Rosales, Paralegal

Page 1 – CERTIFICATE OF SERVICE
4922-1380-2674.2