David J. McGlothlin, Esq. (SBN 165634)
david@kazlg.com
**KAZEROUNI LAW GROUP, APC**
3240 E. Union Hills Drive, Suite 105
Phoenix, AZ 85050
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Ryan L. McBride (admitted *pro hac vice*)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino del Rio South Suite 101
San Diego, CA 92108
Telephone: (805) 335-8455
Facsimile: (800) 520-5523

Mark J. Green (admitted *pro hac vice*)
mark@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (805) 335-8455
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*,
Donggyu Yi

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

|  |  |
|---|---|
| **DONGGYU YI**,<br><br>Plaintiff,<br><br>vs.<br><br>**CAPITAL ONE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC;**<br><br>Defendants. | **Case No.:** 6:26-cv-00756-MTK<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |

**NOTICE IS HEREBY GIVEN** that the dispute between plaintiff DONGGYU YI ("Plaintiff") and defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax") (together the "Parties") has been resolved with a settlement in principle. The Parties anticipate filing a Joint Stipulation to Dismiss as to Equifax only within sixty (60) days.

Plaintiff respectfully requests that this Court vacate all pending dates, hearings, and filing requirements with respect to Equifax, and set a deadline on or after August 31, 2026 for Plaintiff to dismiss his claims against Equifax only.

Dated: July 2, 2026                     Respectfully submitted,

                                        **KAZEROUNI LAW GROUP, APC**

                                        By: */s/ Mark J. Green*
                                        Mark J. Green, Esq.
                                        *Attorneys for Plaintiff*

NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY